Darren Oved (DO9337)
Daniel Seidenstein (DS6030)
*Attorneys for Defendants*
101 Avenue of the Americas, 15th Floor
New York, NY 10013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE ZURITA, PEDRO PACHECO, JUAN LOPEZ,
ALACRETO FERNANDEZ, CARLOS PARRA AND
GILBERTO AGUILA, *individually and on behalf of
others similarly situated,*

                           Case No.: 07 CV 8063
                *Plaintiffs*,                (LAP)(HBP)

     -*against*-

ASPEN AND GREG BRIER,

                *Defendants*.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

"Aspen" is the trade name of a restaurant located at 30 West 22nd Street, New York, New York 10010. The restaurant having the trade name "Aspen" is owned and operated by 21st Partners, LLC, a New York limited liability company of which individual defendant Greg Brier is a member. Defendant "Aspen" is not a legal entity for which a disclosure pursuant to Fed. R. Civ. P. 7.1 is required. Accordingly, this submission is only for clarification purposes.

Dated: New York, New York
       October 31, 2007

                                                        /S/
                                       Darren Oved (DO9337)
                                       Daniel Seidenstein (DS6030)
                                       OVED & OVED LLP
                                       *Attorneys for Defendants*
                                       101 Avenue of the Americas, 15th Floor
                                       New York, NY 10013
                                       Tel: 212.226.2376

# DECLARATION OF SERVICE

I, Darren Oved, the undersigned, an attorney duly admitted to practice in the Southern District of New York, with offices at 101 Avenue of the Americas, 15th Floor, New York, NY 10013, affirms as follows:

On October 31, 2007, I served Plaintiffs with true copies of the following documents via ECF:

- **VERIFED ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**
- **RULE 7.1 DISCLOSURE STATEAMENT**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
October 31, 2007

/S/
Darren Oved