Darren Oved (DO9337)
Daniel Seidenstein (DS6080)
*Attorneys for Defendants*
101 Avenue of the Americas, 15th Floor
New York, NY 10013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ZURITA, PEDRO PACHECO, JUAN LOPEZ,
ALACRETO FERNANDEZ, CARLOS PARRA AND
GILBERTO AGUILA,

     *Plaintiffs*,

Case No.: 07 CV 8063
(LAP)(HBP)

**STIPULATION**

  -*against*-

ASPEN AND GREG BRIER,

     *Defendants*.
-------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, by their respective undersigned attorneys, that:

  1. Defendants' time to appear, answer or move as of course with relation to the complaint in this action be, and the same hereby is, extended from October 10, 2007 to and including the 31st day of October 2007;

  2. This is Defendants' first request for an extension or adjournment;

  3. This extension doest not affect any other scheduled dates as there are none;

  4. This Stipulation is otherwise without prejudice to the rights of any of the parties hereto; and

  5. This Stipulation may be executed in counterparts, that facsimile signatures on this Stipulation shall be deemed original for all purposes, and that this Stipulation may be submitted to the Court by Defendants without further notice.

Dated: New York, New York
October 8, 2007

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C.<br>*Attorneys for Plaintiffs*<br>110 East 59th Street, 32nd Floor<br>New York, NY 10022<br>Tel: 212.317.1200<br><br>By: _____<br>Michael Faillace, Esq. (MF8436) | OVED & OVED LLP<br>*Attorneys for Defendants*<br>101 Avenue of the Americas, 15th Floor<br>New York, NY 10013<br>Tel: 212.226.2376<br><br>By: _____<br>Daniel Seidenstein, Esq. (DS6030) |

SO ORDERED:

_____