USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

## OVED & OVED LLP

ATTORNEYS AND COUNSELORS AT LAW
101 AVENUE OF THE AMERICAS
15TH FLOOR
NEW YORK NY 10013-1991
WWW.OVEDLAW.COM

TELEPHONE 212 226 2376

FACSIMILE 212 226 7555

December 13, 2007

**VIA FACSIMILE**

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re: **Jose Zurita, *et al.* v. Aspen *et al.***
**Case No. 07 cv 8063 (LAP)(HBP)**

Dear Judge Preska:

This firm represents the defendants in connection with the above referenced matter and writes, pursuant to Rule 1.E of your Honor's Individual Practices, to request that the Initial Conference presently scheduled for December 20, 2007 at 9:00 AM be adjourned to the next available date and time set by the Court, which we understand to be January 22, 2008 at 9:00 AM. Opposing counsel consents to this request.

The basis for this request is my unchangeable preexisting family and professional obligations. No previous applications for an adjournment of the Initial Conference have been made.

Respectfully submitted,

Darren Oved

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

December 17, 2007

cc: Michael Faillace, Esq. (*via facsimile*)