```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ZURITA, PEDRO PACHECO, JUAN LOPEZ,
ALACLETO FERNANDEZ, CARLOS PARRA, and       07 CV 8063 (LAP)(HP)
GILBERTO AGUILAR, *individually and on behalf of*
*others similarly situated,*
                                   *Plaintiffs,*           **Stipulation and [proposed]**
            -against-                                       **Order of Dismissal**

ASPEN and GREG BRIER,                                       **FLSA Collective Action**
                                   *Defendants.*
------------------------------------------------------------X

The parties to this action, by counsel, hereby stipulate as follows:

1. This action shall be dismissed with prejudice pursuant to the Settlement Agreement and Release dated May 19, 2008.

2. Notwithstanding the foregoing, the Court may retain jurisdiction, or may re-open this matter through application by a party, for the sole purposes of entering and enforcing a Judgment by Confession, as provided in the Settlement Agreement, or otherwise enforcing the Settlement Agreement or its terms.

Dated: May 21, 2008

OVED & OVED, LLP                              MICHAEL A. FAILLACE & ASSOCIATES, P.C.

By: _____                 By: _____
    Andrew J. Urgenson, Esq. [AU-8542]            Michael A. Faillace [MF-8436]

101 Avenue of the Americas, 15th Floor         110 East 59th Street, 32nd Floor
New York, New York 10013                       New York, New York 10022
212-226-2376                                   212-317-1200
*Attorneys for Defendants*                     *Attorneys for Plaintiffs*

                                               SO ORDERED

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.   _____
                                               U.S.D.J.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

May 27, 2008